**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JAMES RUST and PAMELA RUST,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **vs.** ) | **CASE NO: 3:16-cv-00620** |
| ) | |
| **EXETER FINANCE CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Exeter Finance Corp. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiffs James Rust and Pamela Rust against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 25th day of May, 2016.

> */s/ R. Frank Springfield*
> R. Frank Springfield (BPR# 025833)
> Zachary D. Miller (BPR# 032674)
> J. Christopher Suedekum (BPR# 034462)
> BURR & FORMAN, LLP
> 511 Union Street, Suite 2300
> Nashville, TN 37219
> Telephone: (615) 724-3200
> Facsimile: (615) 724-3290
> fspringf@burr.com
> zmiller@burr.com
> csuedekum@burr.com
>
> Attorneys for Defendant
> EXETER FINANCE CORPORATION

27566747 v1

**CERTIFICATE OF SERVICE**

I do hereby certify that on this the 25th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court in the U.S. District Court, Middle District of Tennessee, by using the CM/ECF system, which will send a notice of electronic filing to:

> Jennifer L. Miller
> Morgan & Morgan, LLC
> 2600 One Commerce Square
> Memphis, TN 38103
> (901) 217-7000
> Fax: (901) 524-1783
> Email: jenniferm@forthepeople.com
>
> Octavio "Tav" Gomez
> Morgan & Morgan (Tampa Office)
> 201 N. Franklin Street
> 7th Floor
> Tampa, FL 33602
> (813) 223-5505
> Fax: (813) 223-5402
> Email: TGomez@ForThePeople.com

> */s/ R. Frank Springfield*
> OF COUNSEL

27566747 v1

2