UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES RUST and PAMELA RUST, ) | |
| Plaintiffs, ) | |
| v. ) | NO. 3:16-cv-620 |
| ) | JUDGE CRENSHAW |
| EXETER FINANCE CORP., ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 25). Accordingly, this action is **DISMISSED with Prejudice**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE